James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:  702.214.2100
Facsimile:  702.214.2101

*Counsel for Plaintiff Gypsum Resources, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYPSUM RESOURCES, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY BOARD OF COMMISSIONERS,<br><br>Defendants. | CASE NO.: 2:19-cv-00850-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION** |

Plaintiff Gypsum Resources, LLC ("Gypsum"), Defendants Clark County and Clark County Board of Commissioners (collectively "Clark County"), and Clark County Commissioner Justin Jones ("Jones"), by and through their undersigned counsel, hereby stipulate as follows:

1. On December 12, 2022, Gypsum filed its Motion for Imposition of Sanctions Against Commissioner Justin Jones for Fraud Upon the Court and Destruction of Evidence (the "Motion for Sanctions").  [ECF No. 82.]

2. On December 28, 2022, following an agreed-upon extension of time, Jones filed his opposition to Gypsum's Motion for Sanctions.  [ECF No. 83.]

1

3. On January 3, 2023, counsel for Gypsum contacted counsel for Jones requesting a two-day extension of time, from January 4, 2023 to January 6, 2023, to file Gypsum's reply brief in support of the Motion for Sanctions, to which counsel for Jones agreed.

4. Therefore, Gypsum shall have until January 6, 2023, to file its reply brief in support of the Motion for Sanctions.

Prepared and Respectfully Submitted by:

Dated this 4th day of January, 2023.

PISANELLI BICE PLLC

By:  */s/ Jordan T. Smith*
James J. Pisanelli, Esq., #4027
Todd L. Bice, Esq., #4534
Debra L. Spinelli, Esq., #9695
Jordan T. Smith, Esq., #12097
Emily A. Buchwald, Esq., #13442
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101

*Attorneys for Plaintiff*
*Gypsum Resources, LLC*

Dated this 4th day of January, 2023.

MARQUIS AURBACH

By:  */s/ Brian R. Hardy*
Brian R. Hardy, Esq., #10068
Trisha R. Delos Santos, Esq., #15902
10001 Park Run Drive
Las Vegas, Nevada  89145

*Attorneys for Co-Counsel for Clark County Commissioner Justin Jones*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  January 4, 2023

CASE NO.:  2:19-cv-00850-GMN-EJY

2