James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Counsel for Plaintiff Gypsum Resources, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYPSUM RESOURCES, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY BOARD OF COMMISSIONERS,<br><br>Defendants. | CASE NO.: 2:19-cv-00850-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION IN LIMINE TO EXCLUDE UNRELIABLE EXPERT EVIDENCE** |

Plaintiff Gypsum Resources, LLC ("Gypsum"), Defendants Clark County and Clark County Board of Commissioners (collectively "Clark County"), by and through their undersigned counsel, hereby stipulate as follows:

1. On January 6, 2023, Clark County filed its Motion in Limine to Exclude Unreliable Expert Evidence ("Motion in Limine"). [ECF No. 86.]

2. On January 19, 2023, counsel for Gypsum contacted counsel for Clark County requesting an extension of time, from January 20, 2023, to January 24, 2023, to file Gypsum's opposition to the Motion in Limine, to which counsel for Clark County agreed.

1

3. Therefore, Gypsum shall have until January 24, 2023, to file its opposition brief to the Motion in Limine.

Prepared and Respectfully Submitted by:

| | |
|---|---|
| Dated this 20th day of January, 2023. | Dated this 20th day of January, 2023. |
| PISANELLI BICE PLLC | OLSON CANON GORMLEY & STOBERSKI |
| By: */s/ Emily A. Buchwald*<br>James J. Pisanelli, Esq., #4027<br>Todd L. Bice, Esq., #4534<br>Debra L. Spinelli, Esq., #9695<br>Jordan T. Smith, Esq., #12097<br>Emily A. Buchwald, Esq., #13442<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 | By: */s/ Thomas D. Dillard, Jr.*<br>Thomas D. Dillard, Jr. Esq., #6270<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129<br><br>DEPUTY DISTRICT ATTORNEY<br>Robert T. Warhola, Esq., #4410<br>500 Grand Central Parkway<br>Las Vegas, Nevada 89155 |
| *Attorneys for Plaintiff*<br>*Gypsum Resources, LLC* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: January 20, 2023

CASE NO.: 2:19-cv-00850-GMN-EJY

2