THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
tdillard@ocgas.com

ROBERT T. WARHOLA, ESQ. (#004410)
Deputy District Attorney
500 Grand Central Pkwy
Las Vegas, Nevada 89155
robert.warhola@clarkcountyda.com
Attorneys for Defendants and Counter Claimant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYPSUM RESOURCES, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br> vs. <br><br> CLARK COUNTY, a political subdivision of the State of Nevada; CLARK COUNTY BOARD OF COMMISSIONERS, <br><br> Defendants. <br> ———————————————————— <br> CLARK COUNTY, a political subdivision of the State of Nevada, CLARK COUNTY BOARD OF COMMISSIONERS; <br><br> Counter-Claimants, <br> vs. <br><br> GYPSUM RESOURCES, LLC, a Nevada limited liability company, <br><br> Counter-Defendant, | CASE NO.: 2:19-cv-00850-GMN-EJY |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO GYPSUM'S MOTION FOR SANCTIONS [#90]**

(First Request)

Defendants and Counter-Claimant CLARK COUNTY and Defendant CLARK COUNTY BOARD OF COMMISSIONERS ("Clark County Defendants"), and Plaintiff Gypsum Resources, LLC ("Gypsum") by and through their undersigned counsel of record, hereby stipulate as follows:

1. On January 18, 2023, Gypsum filed its Motion for Sanctions Against Defendants [ECF #90].

2. On January 25, 2023, counsel for Clark County Defendants electronically mailed counsel for Gypsum seeking an extension of time due to conflicting demands from other cases and requested an extension from February 1, 2023 to February 10, 2023 to file Clark County Defendants' opposition to Gypsum's Motion for Sanctions Against Defendants, to which Gypsum agreed.

3. Therefore, Clark County Defendants shall have until February 10, 2023 to file its opposition brief to the Motion for Sanctions.

DATED this 26th day of January, 2023.

PISANELLI BICE PLLC

By: */s/ Emily Buchwald, Esq.*
James J. Pisanelli, Esq. #4027
Todd L. Bice, Esq. #4534
Debra L. Spinelli, Esq. #9695
Jordan T Smith, Esq. #12097
Emily Buchwald, Esq. #13442
400 S. 7th St #300
Las Vegas, NV 89101
Attorneys for Plaintiff

Prepared and Respectfully Submitted by:

DATED this 26th day of January, 2023.

OLSON CANNON GORMLEY & STOBERSKI

By: */s/ Thomas D. Dillard, Jr., Esq.*
Thomas D. Dillard, Jr., Esq. #6270
9950 W Cheyenne Ave
Las Vegas, NV 89129

DEPUTY DISTRICT ATTORNEY
Robert T. Warhola, Esq.
500 Grand Central Parkway
Las Vegas, NV 89155
Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: January 26, 2023

UNITED STATES MAGISTRATE JUDGE

CASE NO.: 2:19-cv-00850-GMN-EJY