James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada  89101
Telephone:      702.214.2100
Facsimile:       702.214.2101

*Counsel for Plaintiff Gypsum Resources, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYPSUM RESOURCES, LLC, a Nevada limited liability company;<br><br>                    Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY BOARD OF COMMISSIONERS,<br><br>                    Defendants. | CASE NO.:  2:19-cv-00850-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Gypsum Resources, LLC ("Gypsum"), Defendants Clark County and Clark County Board of Commissioners (collectively "Clark County"), by and through their undersigned counsel, hereby stipulate as follows:

 1. On January 11, 2023, the Court entered a Minute Order directing supplemental briefing related to Clark County's Motion for Summary Judgment.  [ECF No. 88.]

 2. Clark County filed its Supplemental Brief in Support of Motion for Summary Judgment on January 26, 2023.  [ECF No. 97.]

 3. On February 9, 2023, counsel for Gypsum contacted counsel for Clark County requesting an extension of time, from February 9, 2023, to February 13, 2023, to file Gypsum's

1

response to Clark County's Supplemental Brief based on counsel's medical treatment, to which counsel for Clark County agreed.

4. Therefore, Gypsum shall have until February 13, 2023, to file its response to Clark County's Supplemental Brief. Clark County shall have until February 27, 2023, to file its reply to Gypsum's response.

Prepared and Respectfully Submitted by:

Dated this 9th day of February, 2023.

PISANELLI BICE PLLC

By: */s/ Emily A. Buchwald*
James J. Pisanelli, Esq., #4027
Todd L. Bice, Esq., #4534
Debra L. Spinelli, Esq., #9695
Jordan T. Smith, Esq., #12097
Emily A. Buchwald, Esq., #13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff
Gypsum Resources, LLC*

Dated this 9th day of February, 2023.

OLSON CANON GORMLEY & STOBERSKI

By: */s/ Thomas D. Dillard, Jr.*
Thomas D. Dillard, Jr. Esq., #6270
9950 West Cheyenne Avenue
Las Vegas, NV 89129

DEPUTY DISTRICT ATTORNEY
Robert T. Warhola, Esq., #4410
500 Grand Central Parkway
Las Vegas, Nevada 89155

*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: February 9, 2023

CASE NO.: 2:19-cv-00850-GMN-EJY

2