James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
Jordan T. Smith, Esq., Bar No. 12097
JTS@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:   702.214.2100
Facsimile:   702.214.2101

*Counsel for Plaintiff Gypsum Resources, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GYPSUM RESOURCES, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; and CLARK COUNTY BOARD OF COMMISSIONERS,<br><br>Defendants. | CASE NO.: 2:19-cv-00850-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO MOTION FOR SANCTIONS AGAINST DEFENDANTS** |

Plaintiff Gypsum Resources, LLC ("Gypsum"), and Defendants Clark County and Clark County Board of Commissioners (collectively "Clark County"), by and through their undersigned counsel, hereby stipulate as follows:

1. On January 18, 2023, Gypsum filed a Motion for Sanctions Against Defendants ("Motion for Sanctions"). [ECF No. 90.]

2. On January 26, 2023, the Court entered a Stipulation and Order to Extend Time to File Opposition to Gypsum's Motion for Sanctions. [ECF No. 99.] On February 10, 2023, Clark County filed its Opposition to Motion for Sanctions. [ECF No. 102.]

1

3. On February 14, 2023, counsel for Gypsum contacted counsel for Clark County requesting an extension of time, from February 17, 2023, to February 24, 2023, to file Gypsum's reply brief to the Motion for Sanction, to which counsel for Clark County agreed.

4. Therefore, Gypsum shall have until February 24, 2023, to file its reply brief to the Motion for Sanctions.

Prepared and Respectfully Submitted by:

Dated this 15th day of February, 2023.

PISANELLI BICE PLLC

By: */s/ Emily A. Buchwald*
James J. Pisanelli, Esq., #4027
Todd L. Bice, Esq., #4534
Debra L. Spinelli, Esq., #9695
Jordan T. Smith, Esq., #12097
Emily A. Buchwald, Esq., #13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*
*Gypsum Resources, LLC*

Dated this 15th day of February, 2023.

OLSON CANON GORMLEY & STOBERSKI

By: */s/ Thomas D. Dillard, Jr.*
Thomas D. Dillard, Jr. Esq., #6270
9950 West Cheyenne Avenue
Las Vegas, NV 89129

DEPUTY DISTRICT ATTORNEY
Robert T. Warhola, Esq., #4410
500 Grand Central Parkway
Las Vegas, Nevada 89155

*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 15, 2023

CASE NO.: 2:19-cv-00850-GMN-EJY

2